John R. LeFrancois, Respondent, *v.* Hobart College et al., Appellants.

Submitted October 24, 1941; decided November 27, 1941.

*Robert E. Dineen* for appellants.
*M. Maurice Chacchia* for respondent.

Order affirmed, with costs. Questions certified answered in the negative. Appeal from judgment dismissed, without costs. No opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.